UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED BOATMEN, et al.,

        Plaintiffs,

v.

CARLOS GUTIERREZ, in his official capacity
as Secretary of the United States Department of
Commerce, et al.

        Defendants.

No. 06-CV-400 (JBW)

ORDER ON MOTION FOR RECONSIDERATION

Appearances:

For all Plaintiffs:
    Law Office of Philip L. Curcio
    Melville, New York
    By: Philip L. Curcio

    Bogan & Bogan, LLC
    Point Pleasant Beach, New York
    By: Raymond D. Bogan

For Defendants Carlos Gutierrez, National Oceanic and Atmospheric Admin., National Marine Fisheries Service:
    United States Attorney's Office
    Central Islip, New York
    By: Robert B. Kambic

For Defendant Atlantic States Marine Fisheries Commission:
    Law Office of Sean H. Donahue
    Washington, D.C.
    By: Sean H. Donahue

For Defendant State of Connecticut:
    Connecticut Office of the Attorney General
    Hartford, Connecticut
    By: Sharon Anne Scully

| | |
|---|---|
| For Defendant State of New York: | New York State Office of the Attorney General<br>Environmental Protection Bureau<br>New York, New York<br>By: Gregory J. Nolan |
| Amicus Natural Resources Defense Council: | Natural Resources Defense Council<br>New York, New York<br>By: Amelia Evangelista Toledo |

JACK B. WEINSTEIN, Senior United States District Judge:

Plaintiffs' motion for reconsideration of the court's May 1, 2006 order is denied. All matters on which plaintiffs seek reconsideration were fully briefed, argued, and, after a hearing, decided against them.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: Brooklyn, New York
May 18, 2006