UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED BOATMEN, et al.,

                    Plaintiffs,

-against-

CARLOS GUITIERREZ, in his official capacity
as Secretary of the United States Department of
Commerce, et al.,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0400 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 12 2006 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on May 17, 2006, denying plaintiffs' motion for summary judgment; granting defendants' motion for summary judgment; directing the Clerk of Court to enter judgment for all defendants against all plaintiffs; dismissing the complaint; directing no stay is granted; and ordering that no costs or disbursements are granted; it is

      ORDERED and ADJUDGED that plaintiffs' motion for summary judgment is denied; that defendants' motion for summary judgment is granted; that judgment is hereby entered for all defendants against all plaintiffs; that the complaint is dismissed; that no stay is granted; and that no costs or disbursements are granted.

Dated: Brooklyn, New York
       June 08, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court